**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREEM J. HOWELL,   Plaintiff,   v.   L. MARTINEZ, et al.,   Defendants. | No. 2:19-CV-0545-DMC-P   ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The Court has reviewed the defendants' motion to modify the scheduling order. Good cause appearing, the Court grants the motion to modify the discovery and scheduling order (ECF No. 21). The last day to conduct discovery will be extended up to and including October 4, 2020. The last date to file a dispositive motion will be extended up to and including January 2, 2021.

IT IS SO ORDERED.

Dated: July 13, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1