IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,** | Case No. 2:19-cv-00545 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **L. MARTINEZ, et al. ,** | |
| Defendants. | |

The Court has read and reviewed the Defendants' request to conduct the depositions of incarcerated individuals, including Plaintiff, by video conference.  Good cause appearing, the Court grants Defendants' request.  Defendants are granted leave to conduct depositions of incarcerated individuals, including Plaintiff, by video conference.

**IT IS SO ORDERED.**

**Dated:  October 16, 2020**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE