IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,** | Case No. 2:19-cv-00545 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **L. MARTINEZ, et al. ,** | |
| Defendants. | |

The Court has read and reviewed the Defendants' third request to modify the discovery and scheduling order.  Good cause appearing, the Court grants the motion.  The Court will disregard the second request to modify the discovery and scheduling order filed by Defendants (ECF No. 24), and grant this request (ECF No. 27) granting Defendants up to and including December 4, 2020 to conduct Plaintiff's deposition in this matter and until February 17, 2021 to file a dispositive motion.

**IT IS SO ORDERED.**

Dated:  October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE